UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSH THOMAS, individually and on behalf of all others similarly situated

Plaintiff,

v.

AMERICAN EXPRESS COMPANY,

Defendant.

C20-5785 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  The parties' stipulated motion, docket no. 10, is GRANTED, and the following deadlines are EXTENDED as follows:

| | |
|---|---|
| Any responsive pleading or motion is DUE by | September 17, 2020 |
| Conference pursuant to Fed. R. Civ. P. 26(f) | October 13, 2020 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | October 27, 2020 |
| Combined Joint Status Report and Discovery Plan | October 27, 2020 |

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of September, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1